UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO: 2:14-cr-125-FtM-38CM

RODERICK SEVALIS KEARSE

### ORDER

This matter comes before the Court on sua sponte on review of the file. On May 21, 2015, the Government filed a Notice of Intention to Use Prior Convictions for Impeachment Purposes (Doc. #50) in the instant case. However, this document belongs to a different case pending prosecution. Therefore, the Court will direct the clerk to strike the document from the record and remove it from the docket.

Accordingly, it is now

**ORDERED:**

The Clerk is directed to **STRIKE** and **REMOVE** the Notice (Doc. #50) from CM/ECF.

**DONE AND ORDERED** at Fort Myers, Florida, this May 29, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record